**FEDERAL RULES OF CIVIL PROCEDURE RULE 7.1 DISCLOSURE STATEMENT**

Docket No. 04-_____

USGen New England, Inc. v. Michael O. Leavitt, Administrator, United States Environmental Protection Agency et al.

The undersigned counsel for USGen New England, Inc. furnishes the following information pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

USGen New England, Inc. is a wholly-owned indirect subsidiary of National Energy & Gas Transmission, Inc., which is a wholly-owned subsidiary of PG&E Corporation. Further, PG&E Corporation indirectly owns approximately one hundred percent of the stock of USGen New England, Inc.

Respectfully submitted,

_Rachell E. Kromm_
Wendy B. Jacobs (No. 46273)
John M. Stevens (No. 30912)
Randall E. Kromm (No. 85630)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts  02210
(617) 832-1000

Attorneys for Petitioner

FHBOSTON/1122288.1