UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| USGEN NEW ENGLAND,           )<br>                              )<br>        Plaintiff             )<br>     v.                       )<br>                              )<br>MICHAEL O. LEAVITT, in his capacity  )<br>as Administrator of the U.S. Environmental )<br>Protection Agency, UNITED STATES )<br>ENVIRONMENTAL PROTECTION      )<br>AGENCY, and UNITED STATES     )<br>ENVIRONMENTAL PROTECTION      )<br>AGENCY REGION 1               )<br>                              )<br>        Defendants            )<br>_____) | Civil Case No. 04-12225 (RCL) |

NOTICE OF APPEARANCE

Pursuant to LR 83.5.2(a) ("Appearances"), the undersigned attorney files this notice of appearance as counsel for the United States of America in the case of <u>USGen New England, Inc., v. Michael O. Leavitt, in his official capacity as Administrator of the United States Environmental Protection Agency, United States Environmental Protection Agency, and United States Environmental Protection Agency Region One</u>:

    Heather E. Gange
    United States Department of Justice
    Environment and Natural Resources Division
    Environmental Defense Section
    P.O. Box 23986
    Washington, DC 20026-3986
    Telephone:   (202) 514-4206
    Fax. No.:    (202) 353-7763
    Email:      heather.gange2@usdoj.gov

Ms. Gange is appearing in this court as counsel on behalf of the United States, including Michael O. Leavitt, in his capacity as Administrator of the United States Environmental Protection Agency, the United States Environmental Protection Agency, and Region One of the United States Environmental Protection Agency, pursuant to LR 83.5.3(a) (Practice by Persons Not Members of the Bar; Attorneys for the United States).  Therefore, consistent with LRs 83.5.3(a) and 5.1(a), no board of bar overseers number is provided.

Ms. Gange hereby affirms that she is an attorney in good standing as a member of the bar in every jurisdiction in which she has been admitted to practice and is not subject to pending disciplinary proceedings as a member of the bar of any United States District Court.

Ms. Gange may be designated as an "Attorney to be Noticed," and wishes to receive electronic notices of case activity.

Date:  November 29, 2004                    Respectfully submitted,


                                              /s/ Heather E. Gange
                                            HEATHER E. GANGE

                                            Environmental Defense Section
                                            Environment and Natural Resources Division
                                            U.S. Department of Justice
                                            P.O. Box 23986
                                            Washington, DC  20026-3986
                                            tel (202) 514-0165
                                            fax (202) 353-7763

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Notice of Appearance were today served, this 29th day of November, 2004, via first class mail, on the following counsel of record:

> Wendy B. Jacobs, Esq.
> John M. Stevens, Esq.
> Randall E. Kromm, Esq.
> FOLEY HOAG, LLP
> 155 Seaport Boulevard
> Boston, MA 02210

    /s/ Heather E. Gange