UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| USGEN NEW ENGLAND, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| MICHAEL O. LEAVITT, in his capacity as Administrator of the U.S. Environmental Protection Agency, et al. | ) No. 04-12225 (RCL) |
| Defendants. | ) |

**FEDERAL RULES OF CIVIL PROCEDURE RULE 7.1 DISCLOSURE STATEMENT**

The undersigned counsel for Dominion Energy Brayton Point, LLC furnishes the following information pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Dominion Energy Brayton Point, LLC is a wholly-owned subsidiary of Dominion Energy New England, Inc. Dominion Energy New England, Inc. is a wholly-owned subsidiary of Dominion Energy, Inc., which is a wholly-owned subsidiary of Dominion Resources, Inc. (a publicly held corporation).

Dominion Energy Brayton Point, LLC is a Limited Liability Company under the laws of Virginia and as such, does not issue common stock. Therefore, there is no publicly held corporation that owns 10% or more of its stock. Dominion Energy New England, Inc. holds a 100% membership interest in Dominion Energy Brayton Point, LLC.

Respectfully submitted,

FHBOSTON/1153625.1

- 2 -

/s/ John M. Stevens
Wendy B. Jacobs (No. 46273)
John M. Stevens (No. 30912)
Randall E. Kromm (No. 85630)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1000
jstevens@foleyhoag.com

Attorneys for Dominion Energy Brayton Point, LLC

Dated:  January 12, 2005