IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOMINION ENERGY BRAYTON )
POINT, LLC, )
                        Plaintiff, )
vs. )
                                        ) No. 04-12225 (RCL)
MICHAEL O. LEAVITT, )
in his capacity as Administrator )
of the U.S. Environmental Protection )
Agency, et al., )
                       Defendants. )
                                        )

## DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Defendants Michael O. Leavitt, Administrator of the U.S. Environmental Protection Agency, the U.S. Environmental Protection Agency, and Region I of the U.S. Environmental Protection Agency respectfully move this Court pursuant to Local Rule 7.1(b)(3) for leave to submit a Reply Memorandum in Support of Defendants' Motion to Dismiss in order to respond to issues of national significance raised in Plaintiff's Opposition to Defendants' Motion to Dismiss, and Defendants also restate their request for oral argument regarding their Motion to Dismiss pursuant to Local Rule 70.1(d). The grounds for the Defendants' Motion for Leave are more fully discussed in the accompanying Memorandum in

Support of Motion for Leave to File Reply Memorandum in Support of Motion to Dismiss.

Counsel for the Defendants certifies pursuant to Local Rule 70.1(a)(2) that the parties have conferred regarding this Motion, and Defendants have decided to oppose the relief requested herein.

Respectfully submitted,

Dated: January 25, 2005        By:        _____
                                          HEATHER E. GANGE
                                          U.S. Dept. of Justice
                                          Environment and Natural Resources
                                            Division
                                          Environmental Defense Section
                                          P.O. Box 23986
                                          Washington, DC 20026-3986
                                          (202) 514-4206

                                          MICHAEL J. SULLIVAN
                                          United States Attorney
                                          ANTON GIEDT
                                          Assistant United States Attorney
                                          U.S. Attorney's Office, Dist. of Mass.
                                          U.S. Courthouse - Suite 9200
                                          One Courthouse Way
                                          Boston, MA 02210
                                          (617) 748-3309

                                          Counsel for Defendants MICHAEL O.
                                          LEAVITT, Administrator; U.S.
                                          ENVIRONMENTAL PROTECTION
                                          AGENCY; and REGION I thereof

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Motion for Leave to File Reply Memorandum in Support of Motion to Dismiss and Memorandum in Support of Motion for Leave to File Reply Memorandum in Support of Motion to Dismiss, were today served, this 25th day of January 2005, via first class mail, on counsel listed below:

> Wendy B. Jacobs
> John M. Stevens
> Randall E. Kromm
> FOLEY HOAG, LLP
> 155 Seaport Boulevard
> Boston, MA 02210

and a courtesy copy was provided by electronic mail to:

> WJacobs@foleyhoag.com
> RKromm@foleyhoag.com

Heather E. Gange, Esq.