IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOMINION ENERGY BRAYTON )
POINT, LLC, )
 )
 )
       Plaintiff, )
vs. )
 )  No. 04-12225 (RCL)
 )
MICHAEL O. LEAVITT, )
in his capacity as Administrator )
of the U.S. Environmental Protection )
Agency, et al., )
 )
       Defendants. )
_____ )

## EXHIBIT A

## TO MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| USGEN NEW ENGLAND, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL O. LEAVITT, )<br>in his capacity as Administrator )<br>of the U.S. Environmental Protection )<br>Agency, et al., )<br>)<br>Defendants. )<br>_____ ) | No. 04-12225 (RCL) |

## [PROPOSED] ORDER

Upon consideration of the Defendants' Motion for Leave to File Reply Memorandum in Support of Motion to Dismiss, the Court being fully advised in the grounds for said motion, and for good cause shown, it is hereby ORDERED that the Defendants' motion is GRANTED, and it is further ORDERED that the Defendants may file a Reply in support of their Motion to Dismiss limited to 15 pages within 10 days after the date of this Order.

_____
Hon. Reginald C. Lindsay
United States District Judge

DATED: _____, 2005