IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOMINION ENERGY BRAYTON POINT, LLC, <br><br> Plaintiff, <br> vs. <br><br> STEPHEN L. JOHNSON, <br> in his capacity as acting Administrator <br> of the U.S. Environmental Protection <br> Agency, et al., <br><br> Defendants. | No. 04-12225 (RCL) |

## EXHIBIT A

## TO UNOPPOSED MOTION FOR AMENDED ARGUMENT DATE REGARDING DEFENDANTS' MOTION TO DISMISS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| USGEN NEW ENGLAND, INC., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| STEPHEN L. JOHNSON, ) | No. 04-12225 (RCL) |
| in his capacity as acting Administrator ) | |
| of the U.S. Environmental Protection ) | |
| Agency, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

[PROPOSED] ORDER

Upon consideration of the Unopposed Motion for Amended Argument Date Regarding Defendants' motion to dismiss, the Court being fully advised in the grounds for said motion, and for good cause shown, it is hereby ORDERED that oral argument for Defendants' motion to dismiss be held on _____, 2005, at _____, in Courtroom ____.


_____
Hon. Reginald C. Lindsay
United States District Judge

DATED: _____, 2005