UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**DOMINION ENERGY BRAYTON POINT, LLC**

V.                      **CIVIL ACTION NO. 04-12225-RCL**

**MICHAEL O. LEAVITT, ET AL**

### JUDGMENT OF DISMISSAL

LINDSAY, D.J.

    In accordance with the Court's Order of June 13, 2005 allowing the motion to dismiss of the defendants, Judgment is hereby entered as follows: Judgment for the defendants, Michael O. Leavitt, United States Environmental Protection Agency and United States Environmental Protection Agency Region I dismissing this action.

June 14, 2005                                                    /s/ Lisa M. Hourihan
                                                                                     Deputy Clerk