UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DOMINION ENERGY BRAYTON POINT, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No. 04-12225 (RCL) |
| STEPHEN L. JOHNSON, in his capacity as acting Administrator of the U.S. Environmental Protection Agency, U.S. ENVIRONMENTAL PROTECTION AGENCY, and REGION I of the U.S. Environmental Protection Agency, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that Dominion Energy Brayton Point, LLC, plaintiff in the

above-named case, hereby appeals to the United States Court of Appeals for the First Circuit

from the order entered by the Court on June 13, 2005 and the judgment entered by the Court on

June 14, 2005 dismissing the action for lack of subject matter jurisdiction.

By its attorneys,

Wendy B. Jacobs (No. 46273)
John M. Stevens (No. 30912)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1000

Dated:  August 10, 2005

B3080654.1