# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-12225

Dominion Energy Brayton Point, LLC,

v.

Stephen L. Johhnson

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/10/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 12, 2005.

Sarah A Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8/12/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-12225-RCL

US Gen New England, Inc. v. Leavitt et al  
Assigned to: Judge Reginald C. Lindsay  
Cause: 33:1365 Environmental Matters  

Date Filed: 10/22/2004  
Jury Demand: None  
Nature of Suit: 893 Environmental Matters  
Jurisdiction: U.S. Government Defendant  

## Plaintiff

**US Gen New England, Inc.**  
*TERMINATED: 01/20/2005*

represented by **John M. Stevens, Jr.**  
Foley Hoag LLP  
155 Seaport Boulevard  
Boston, MA 02210-2600  
617-832-1159  
Fax: 617-832-7000  
Email: jstevens@foleyhoag.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Randall E. Kromm**  
Foley Hoag LLP  
World Trade Center - West  
155 Seaport Boulevard  
Boston, MA 02210-2600  
617-832-1710  
Fax: 617-832-7000  
Email: rkromm@foleyhoag.com  
*LEAD ATTORNEY*

          *ATTORNEY TO BE NOTICED*

          **Wendy B. Jacobs**
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
617-832-1000
Fax: 617-832-7000
Email: wjacobs@foleyhoag.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Dominion Energy Brayton Point, LLC** | represented by | **John M. Stevens, Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Randall E. Kromm**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Wendy B. Jacobs**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Michael O. Leavitt** | represented by | **Heather Gange** |

| | |
|---|---|
| *Administrator, United States Environmental Protection Agency* | U.S. Department of Justice, ENRD, EDS<br>P.O. Box 23986<br>601 D Street, N.W.<br>Washington, DC 20026-3986<br>202-514-4206<br>Fax: 202-616-0013<br>Email: heather.gange@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **United States Environmental Protection Agency** | represented by **Heather Gange**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **United States Environmental Protection Agency Region 1** | represented by **Heather Gange**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/22/2004 | 1 | COMPLAINT against Michael O. Leavitt, United States Environmental Protection Agency, United States Environmental Protection Agency Region 1 Filing fee: $ 150, receipt number 59539, filed by US Gen New England, Inc.. (Attachments: # 1 Civil Cover Sheet)(Stanhope, Don) (Entered: 10/25/2004) |
| 10/22/2004 | | Summons Issued as to Michael O. Leavitt, United States Environmental Protection Agency, United States Environmental Protection Agency Region 1. (Stanhope, Don) (Entered: 10/25/2004) |

| | | |
|---|---|---|
| 10/22/2004 | ● | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Stanhope, Don) (Entered: 10/25/2004) |
| 10/22/2004 | 2 | CORPORATE DISCLOSURE STATEMENT by US Gen New England, Inc.. (Stanhope, Don) (Entered: 10/25/2004) |
| 10/26/2004 | 3 | SUMMONS Returned Executed by US Gen New England, Inc.. Michael O. Leavitt served on 10/22/2004, answer due 12/21/2004; United States Environmental Protection Agency served on 10/22/2004, answer due 12/21/2004; United States Environmental Protection Agency Region 1 served on 10/22/2004, answer due 12/21/2004. (Stanhope, Don) (Entered: 10/27/2004) |
| 11/29/2004 | 4 | NOTICE of Appearance by Heather Gange on behalf of all defendants (Gange, Heather) (Entered: 11/29/2004) |
| 12/16/2004 | 5 | Assented to MOTION for Extension of Time to December 27, 2004 to File Answer re 1 Complaint, by Michael O. Leavitt, United States Environmental Protection Agency, United States Environmental Protection Agency Region 1.(Gange, Heather) (Entered: 12/16/2004) |
| 12/16/2004 | 6 | MEMORANDUM in Support re 5 Assented to MOTION for Extension of Time to December 27, 2004 to File Answer re 1 Complaint, filed by Michael O. Leavitt, United States Environmental Protection Agency, United States Environmental Protection Agency Region 1. (Gange, Heather) (Entered: 12/16/2004) |
| 12/17/2004 | ● | Judge Reginald C. Lindsay : Electronic ORDER entered granting 5 Assented to Motion for Extension of Time to Answer Complaint Michael O. Leavitt, |

| | | |
|---|---|---|
| | | United States Environmental Protection Agency, United States Environmental Protection Agency Region 1. (Stanhope, Don) (Entered: 12/17/2004) |
| 12/27/2004 | 7 | MOTION to Dismiss by Michael O. Leavitt, United States Environmental Protection Agency, United States Environmental Protection Agency Region 1. (Gange, Heather) (Entered: 12/27/2004) |
| 12/27/2004 | 8 | MEMORANDUM in Support re 7 MOTION to Dismiss filed by Michael O. Leavitt, United States Environmental Protection Agency, United States Environmental Protection Agency Region 1. (Attachments: # 1)(Gange, Heather) (Entered: 12/27/2004) |
| 01/10/2005 | 9 | Assented to MOTION for Extension of Time to January 12, 2005 to File Opposition To Defendants' Motion To Dismiss *with attached Certificate Of Service* by US Gen New England, Inc..(Stevens, John) (Entered: 01/10/2005) |
| 01/11/2005 | | Judge Reginald C. Lindsay : ElectronicORDER entered granting 9 Motion for Extension of Time to File Opposition to Defendants' Motion to Dismiss to 1/12/05 (Hourihan, Lisa) (Entered: 01/11/2005) |
| 01/12/2005 | 10 | MOTION to Substitute Party *(Unopposed Motion to Substitute Dominion Energy Brayton Point, LLC for USGen New England, Inc.) with attached Certificate Of Service* by US Gen New England, Inc..(Stevens, John) (Entered: 01/12/2005) |
| 01/12/2005 | 11 | CORPORATE DISCLOSURE STATEMENT by Dominion Energy Brayton Point, LLC. (Stevens, John) (Entered: 01/12/2005) |
| 01/12/2005 | 12 | Opposition re 7 MOTION to Dismiss *with attached Certificate Of Service* filed by Dominion Energy Brayton Point, LLC. (Attachments: # 1 Exhibit A) (Stevens, John) (Entered: 01/12/2005) |

| | | |
|---|---|---|
| 01/20/2005 | ● | Judge Reginald C. Lindsay : ElectronicORDER entered granting 10 Unopposed Motion to Substitute Party. US Gen New England, Inc. terminated (Stanhope, Don) (Entered: 01/20/2005) |
| 01/25/2005 | 13 | MOTION for Leave to File *Reply Memorandum in Support of Motion to Dismiss* by Michael O. Leavitt, United States Environmental Protection Agency, United States Environmental Protection Agency Region 1.(Gange, Heather) (Entered: 01/25/2005) |
| 01/25/2005 | 14 | MEMORANDUM in Support re 13 MOTION for Leave to File *Reply Memorandum in Support of Motion to Dismiss* filed by Michael O. Leavitt, United States Environmental Protection Agency, United States Environmental Protection Agency Region 1. (Attachments: # 1)(Gange, Heather) (Entered: 01/25/2005) |
| 01/28/2005 | 15 | RESPONSE to Motion re 13 MOTION for Leave to File *Reply Memorandum in Support of Motion to Dismiss with attached Certificate Of Service* filed by Dominion Energy Brayton Point, LLC. (Stevens, John) (Entered: 01/28/2005) |
| 03/04/2005 | ● | Judge Reginald C. Lindsay : Electronic ORDER entered granting 13 Motion for Leave to File Reply Memorandum in Support of Motion to Dismiss; however the Court will not permit the filing of a Sur-Reply. (Stanhope, Don) (Entered: 03/10/2005) |
| 03/18/2005 | 16 | REPLY to Response to Motion re 7 MOTION to Dismiss filed by Michael O. Leavitt, United States Environmental Protection Agency, United States Environmental Protection Agency Region 1. (Gange, Heather) (Entered: 03/18/2005) |
| 03/23/2005 | ● | NOTICE of Hearing on Motion 7 MOTION to Dismiss: Motion Hearing set for 5/2/2005 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. |

| | | |
|---|---|---|
| | | (Hourihan, Lisa) (Entered: 03/23/2005) |
| 03/30/2005 | 17 | Assented to MOTION to Amend Notice of Hearing on Motion by Michael O. Leavitt, United States Environmental Protection Agency, United States Environmental Protection Agency Region 1. (Attachments: # 1)(Gange, Heather) (Entered: 03/30/2005) |
| 03/30/2005 | 18 | MEMORANDUM in Support re 17 Assented to MOTION to Amend Notice of Hearing on Motion filed by Michael O. Leavitt, United States Environmental Protection Agency, United States Environmental Protection Agency Region 1. (Gange, Heather) (Entered: 03/30/2005) |
| 04/25/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 17 Motion to Amend Argument Date Regarding Defendants' Motion to Dismiss (Hourihan, Lisa) (Entered: 04/25/2005) |
| 04/25/2005 | | Set/Reset Deadlines as to 7 MOTION to Dismiss. Motion Hearing reset for 6/13/2005 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 04/25/2005) |
| 06/13/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 7 Defendant's Motion to Dismiss. Motion granted because the court is without subject matter jurisdiction. As stated on the record at the hearing, this suit is in effect a direct challenge to EPA's hearing rule. Accordingly, this court does not have subject matter jurisdiction; jurisdiction exclusively lies in the court of appeals pursuant to section 509(b)(1)(E) of the Clean Water Act. The clerk shall enter judgment in favor of the defendant dismissing this action. (RCL, law3) (Entered: 06/13/2005) |
| 06/13/2005 | | Electronic Clerk's Notes for proceedings held before |

| | | |
|---|---|---|
| | | Judge Reginald C. Lindsay : Motion Hearing held on 6/13/2005 re 7 MOTION to Dismiss filed by United States Environmental Protection Agency,, Michael O. Leavitt,, United States Environmental Protection Agency Region 1,. Arguments. Motion Allowed for reasons stated on the record. (Court Reporter N. Eaton.) (Hourihan, Lisa) (Entered: 06/14/2005) |
| 06/14/2005 | 19 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT in favor of defendants against plaintiff (Hourihan, Lisa) (Entered: 06/14/2005) |
| 07/05/2005 | 20 | TRANSCRIPT of Motion Hearing held on June 13, 2005 before Judge Lindsay. Court Reporter: Nancy L. Eaton. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/633-5178 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/06/2005) |
| 08/12/2005 | 21 | NOTICE OF APPEAL by Dominion Energy Brayton Point, LLC. $ 255, receipt number 66171 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/1/2005. (York, Steve) (Entered: 08/12/2005) |