# United States Court of Appeals
## For the First Circuit

No. 05-2231

DOMINION ENERGY BRAYTON POINT, LLC,

Plaintiff, Appellant,

v.

STEPHEN L. JOHNSON, IN HIS CAPACITY AS ADMINISTRATOR OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

Defendants, Appellees.

**JUDGMENT**

Entered: March 30, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk
Date: 5/22/06

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. Stevens, Ms. DeLisle, Mr. Kromm, Ms. Jacobs, Ms. Grange, Ms. Gustafson, Mr. Bryson, & Ms. Goldman, ]